IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**STANLEY A. SPELLS**                                                                      **PLAINTIFF**

vs.                                             **CIVIL ACTION NO. 3:15CV147-SAA**

**CAROLYN W. COLVIN,**
**COMMISSIONER OF SOCIAL SECURITY**                            **DEFENDANT**

## ORDER GRANTING PAYMENT OF ATTORNEY'S FEES

Plaintiff seeks an award of attorney's fees of $3,267.01 paid under the Equal Access to Justice Act, 28 U.S.C. Section 2412. Defendant does not object to the amount of fees requested, but asserts that under *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the fees must be made payable to the plaintiff. The court has reviewed the motion and the record and concludes that the motion is well taken. It is

ORDERED

that the defendant pay the plaintiff $3,267.01 in attorney's fees and mail the award to plaintiff's attorney.

This, the 23rd day of August, 2016.

                                                     /s/ S. Allan Alexander
                                              UNITED STATES MAGISTRATE JUDGE